IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SUHERMAN JAKE FABIO,

     Petitioner,

v.                                       No. 1:26-cv-01212-KG-KK

MARY DE ANDA-YBARRA, et al.,

     Respondents.

## ORDER

Before the Court is the Government's Motion to Amend the Court's July 16, 2026, Order. *See* Doc. 10. The Government asserts that Petitioner's removal to the Central African Republic is scheduled to take place prior to July 31, 2026. *Id.* at 2. Because Petitioner's removal is foreseeable, the Court grants the motion in part, subject to the following limitations.

The Department of Homeland Security ("DHS") may continue to detain Petitioner to effectuate his removal to the Central African Republic. DHS' authority to detain is strictly limited to carrying out Petitioner's removal to the Central African Republic. If it fails to remove Petitioner by July 31, 2026, it must release him on that date under the terms of the Court's prior Order. *See* Doc. 9. Should DHS release Petitioner, it may not rearrest or redetain Petitioner without further authorization from this Court. On or before July 31, 2026, the Government must file a status report informing the Court that it has either removed Petitioner or released him in accordance with this Order.

     IT IS SO ORDERED.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.