IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SUHERMAN JAKE FABIO,

     Petitioner,

v.                                                                                          No. 1:26-cv-01212-KG-KK

MARY DE ANDA-YBARRA, et al.,

     Respondents.

## **ORDER**

Before the Court is the Government's Motion to Authorize Redetention.  Doc. 13.  The Government seeks to redetain Petitioner for the limited purpose of imminent removal.  *Id.* It asserts that Petitioner's removal to the Central African Republic is still scheduled to take place prior to July 31, 2026.  *Id.*  Having considered the Government's motion, the Court grants the motion.  The Court reiterates that should DHS fail to remove Petitioner by July 31, 2026, it must release him on that date under the terms of the Court's prior Order.  *See* Doc. 9.

     IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.