IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SUHERMAN JAKE FABIO,

Petitioner,

v. No. 1:26-cv-01212-KG-KK

MARY DE ANDA-YBARRA, et al.,

Respondents.

**ORDER TO SHOW CAUSE**

Petitioner, appearing pro se, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 on April 17, 2026. Doc. 1. On July 16, 2026, Court granted the petition. Doc. 9. Respondents moved to amend the Order, Doc. 9, asserting that Petitioner was scheduled for removal to the Central African Republic prior to July 31, 2026, and requesting permission to "temporarily detain Petitioner for purposes of imminent removal." Doc. 10 at 2. This Court granted Respondents' motion but ordered them to file a status report on or before July 31, 2026, informing the Court that they have either removed Petitioner or released him in accordance with the Court's prior order. Doc. 11. Respondents have failed to respond to the Court's order for a status report. The Court therefore orders Respondents to show cause, within three days of this Order, why they have not complied with the Court's prior Order and to confirm whether Petitioner has been removed from the United States or released from detention.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE


- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.